AO 245D (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of WASHINGTON

UNITED STATES OF AMERICA
V.

LAVAR DWAYNE HENRY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: CR04-5269RBL
USM Number: 06884-196

Linda Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1, 2 and 3 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify his Probation Officer of change in residence | |
| 2 | Failure to report to the Probation Officer | June 27, 2006 |
| 3 | Failure to complete 180 days in a halfway house or community corrections center | |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-5486
(Last four digits only)
Defendant's Date of Birth: XX-XX-1980

*(signature)* AUSA
for
MICHAEL DION
Assistant United States Attorney

August 11, 2006
Date of Imposition of Judgment

*(signature)*
Signature of Judge

RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

August 11, 2006
Date

AO 245D  (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: LAVAR DWAYNE HENRY
CASE NUMBER: CR04-5269RBL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: _twelve (12) months and one (1) day. Supervised Release is terminated._

☒ The court makes the following recommendations to the Bureau of Prisons:
_FCI at Phoenix or Tuscon, Arizona_

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL